UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RONALD SILVERMAN,                      )
                                       )
               Plaintiff,              )
       v.                              )          CIVIL ACTION
                                       )          NO. 19-12482
ADT, LLC a/k/a ADT SECURITY            )
SERVICES, INC.,                        )
                                       )
               Defendant.              )

## SCHEDULING ORDER

Following the initial scheduling conference held on February 27, 2020 in accordance

with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1.     The parties shall comply with the following schedule:

       (a)     The parties shall complete their initial disclosures, pursuant to Fed.

R. Civ. P. 26(a)(1) and Local Rule 26.2(A), by **March 30, 2020**.

       (b)     All documents identified in the initial disclosures must be produced

by **April 30, 2020**.

       (c)     The parties shall serve any written document requests and

interrogatories by **July 30, 2020**.

       (d)     Any motions to amend the pleadings or to add parties shall be filed

by **August 15, 2020**.

       (e)     All fact discovery shall be completed by **December 30, 2020**.

(f)      Each party may take up to ten (10) depositions.  Additional

depositions may be taken only by consent or by leave of Court.  The parties shall

complete all fact witness depositions by **December 30, 2020**.

2.      In the event that either party plans to serve a subpoena on any third party,

the parties will use their best efforts to give the opposing party notice of the subpoena

five business days prior to service.

3.      As part of any L.R. 7.1 consultation in connection with any issue to be brought to

the court's attention, the parties shall discuss and try to reach an agreement as to the

appropriate way to bring the dispute to the attention of the court, including whether full

briefing and/or in-person oral argument is necessary.  The parties shall notify the court of their

proposal as to how best to proceed.

4.      The next status conference is scheduled for **December 2, 2020 at 10:00 a.m.** in

Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to discuss:

(a)      the status of the case;
(b)      scheduling for the remainder of the case through trial; and
(c)      use of alternative dispute resolution programs.

5.      The parties shall submit a brief joint statement no later than three (3) business

days before the conference addressing the issues itemized in paragraph 4 above.  With respect

to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall

not identify their respective positions.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED:  February 27, 2020